**Order entered April 15, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00055-CV

## IN THE INTEREST OF S.B. & S.B., CHILDREN

**On Appeal from the 305th Judicial District Court
Dallas County, Texas
Trial Court Cause No. JC-12-1096-X**

## ORDER

Pursuant to the Court's April 1, 2020 order, the trial court has determined April E. Smith's motion to withdraw as appointed counsel for appellant, granted the motion, and appointed Frank Adler to represent appellant on appeal. The trial court's orders are included in a supplemental clerk's record filed April 14, 2020.

In accordance with the trial court's orders, we **DIRECT** the Clerk of the Court to remove Ms. Smith as counsel for appellant and substitute Mr. Adler in her place.

Appellant's brief remains due May 4, 2020.

/s/    KEN MOLBERG
JUSTICE